All right, the final case we'll hear this morning is Thurston versus Frye and Mr. Perrin take your time, but whenever you get ready, we'll hear from you. Yeah May it please the court Sean Perrin for Kevin Frye and Lee Buchanan This appeal does not turn on the issue of disputed facts We are not asking the court to reassess the facts that judge judge Cogburn found in lower court It presents a simple question of law If you take the facts the way the district court found them and take them in the light most favorable to mr. Thurston Whether Kevin Frye and Lee Buchanan violated clearly established law in arresting mr. Thurston would that depend Would that depend on what? Lieutenant Buchanan knew at the time. He did this rest subjectively knew Yes, your honor. It would and what judge Cogburn found he found two things He found that since the Avery County Sheriff's Office is a very small department We began and knew that Kevin Frye gave David Thurston permission to go to so no evidence of that There was that was a supposition That was a finding in a stage of the proceedings when he couldn't make findings It was on the summary judgment under section 1983 and had the court conducted that very same analysis in connection with the immunity he would have found that there's an unresolved fact and that is whether Lieutenant Buchanan had probable cause or had a reason to believe he had probable cause but it's the very same fact that overlaps With the section 1983 claim and the immunity claim Well, your honor judge Cogburn found that in the light most favorable to David. He can't find it's he can't find any fact at that stage He asked he found that there was a disputed facts in connection with the 1983 But the he did it backwards he did the 1983 first and then he did the immunity But had he done it in the right order, he would have done the same analysis under the immunity Which is he would have found that there is a question of whether Frye and Buchanan were talking with each other sufficient it seems to me there's a lack of communication because Frye was very Agreeable to the various Extensions and so forth and Buchanan actually went by the house a couple of times while he was away Apparently didn't seem to know that Their permission had been granted. Well, you know, I believe judge Cogburn found that he knew he being Lee Buchanan Knew permission had granted and and to your point Lee Buchanan went by mr. Thurston's house After the reason for mr. Thurston's trip and in it Kevin Frye Sheriff Frye gave mr. Thurston permission to go to a wedding in Spokane on September 17th Mr. Thurston sent what's called a visitor registration form back to Sheriff Frye Saying I'll be back on September 18th. Lee Buchanan did not go check Mr. Thurston's house until 12 days later September 29th, October 1st October 3rd, so he did not that there's Lee Buchanan did not act Judge Niemeyer until 12 days after the reason for mr. Thurston's trip had ended which was the wedding in Spokane and as this court knows Well, it depends on the scope of Frye's permission Frye. It was it looked to me like it wasn't very made very explicit He said he's going to this wedding, but there was not much discussion on when he was coming back and And that might be An important fact right? Well, it's Ryan would fry and Thurston said and your honor What what David Thurston did he again? He sent a visitor registration form back to Sheriff Frye, which said and this is in the record I'm staying at this address in Spokane, Washington From the 17th of August till the 18th of September. That was the permission again. Mr. Thurston does admit that Sheriff I never excused him not turning this verification form in at all and I would say this if Lee Buchanan got the arrest warrant on September 13th Which is the day excuse me September September 17th The day of the wedding that would be unreasonable because there's no way mr. Thurston can get back this book But you know Thurston is going out of his way to call in to try to make Arrangements he was told by Frye when you go out there. You have to file a visitor's form If you're gone for 10 days or whatever and he filed the visitor's form he sent all that back he made telephone calls He made a big effort to comply and Frye apparently appreciated that Now the question is is there any probable cause to believe that he intentionally was intending not to register There is an mens rea in connection with it And the question that depends on what Buchanan knew. Did Buchanan know he was deliberately avoiding his responsibility or did Buchanan know he Was not deliberately Enforcing in other words in one case He doesn't have probable cause and the other he may but my whole point is The facts found in dispute by the district court with respect to the section 1983 Seem to be and that's why I'm really presenting this to you to ask your response But seem to be the very same facts that you need to establish immunity Well, I I would take slight disagreement your arm what what what judge Coburn found is that sheriff Ryan gave mr. Thurston permission to be in Spokane until September 18th. Can I ask you a direct question to try to get to the heart of this? Do you? argue to us that if the defendants knew of Mr. Thurston's attempts to comply with the law his intention and desire and eagerness to comply with the law that they would have That they would still be immune They would have had probable cause in any reasonable officer. We thought that probable cause to arrest him. No, you're okay So but that's what the district court found could be a Jury could conclude right the district court said taking the facts and the light most favorable to the plaintiff They could conclude that the defendants knew he was attempting to comply with the law and he was trying he intended to comply with the law So we have to take those facts we can't look at the record and come up with other ones So taking that you've just said you do not argue. They would have had probable cause Well, you agree with the district court No, you're what what I would say is this in in a vacuum if we knew if Lee Buchanan and Kevin to find new Mr. Thurston is making these efforts to comply He doesn't have the mens rea or actions unreasonable But but what the district court found the fact you want to argue that they didn't know which are the facts Well, no, I'm not arguing that here's what I'm here. So I'm arguing is that mr Thurston's visit registration form had the date of September 18th Okay, if we got a warrant on September 18th, that would not be reasonable because mr. Thurston Doesn't have the mens rea. That's not what happened here. We waited until the 29th. We're not suing you for getting a warrant He's suing you for false arrest But the arrest occurred when he showed up at the police station and said I'm trying to comply with the law And and he did that your honor 32 days after the reason for his trip ended So I would to answer your question I would say the district court found that there was an agreement that the trip would be multiple weeks Etc etc all these factual findings that are disputed that we cannot review at this interlocutory stage We cannot we cannot agree or disagree with the district court about whether there's a dispute of fact We can only accept the facts that the district court found and the district court's interpretation of what the plaintiff's best case is and decide based on that Would there have been probable cause and and I'm not we're not asking to reassess the facts We are asking you to look at the facts in the light foot most favorable to mr. Fields climate mr. Thurston and what the facts are Are this mr. Thurston got permission to travel to Spokane, Washington for his nephew's wedding Which was being held on September 17th district court found that's a fact district court also found mr. Thurston sent a What they call a visitor registration form saying I'll be back on September 18th District court also found that when that date passed the 12th mr. Thurston texted sheriff rye no response Mr. Mr. Thurston quote-unquote let it lie. That's what he said from September 17th until until October 6th There was no connection, and that's what the district court found the Thurston called Buchanan and say I'm gonna be back on the 19th Yeah, he called him on October 6 what happened your honor. Is that and what did it what that conversation amount to? Your honor my recollection is mr. Buchanan called the detective Simmons in Spokane, Washington says where's mr. Thurston mr. Detective Simmons somehow gets mr. Thurston who calls I'll leave Buchanan leave Buchanan says there's no problem if you come back by October 19th That's my recollection of that conversation right now if that's so he gets back by the 19th And he goes in and they arrest him now the question is Goes to this overall it's not this technical there may have been a violation technical violation But he's making numerous efforts to try to comply with his registration Requirements and actually did comply with the visitation requirement he asked permission to leave he got permission to leave When he told back came back on the 19th. He said be no problem He goes in to register, and they arrest him and the question is what knowledge did Buchanan? Have if he had knowledge he was trying to comply you just agreed there would not be the mens rea well And so the question is if he had knowledge he was not Complying Then of course you may have probable cause, but that's You know a fact-finder can make those decisions and they'd quite apart from at the district court conducted that whole analysis You're not I would have I would have two points to that to that conversation that's the joint appendix 526 and 527 what David Thurston says about that conversation with Lee Buchanan October 6 is That we Buchanan said I won't get a federal warrant for you won't get the marshals involved That's what mr. Thurston said the second point would be mr. Thurston didn't come back on the 19th He came back to to Newland which is the county city of every County came that was a Wednesday He came to the sheriff's office on a Friday. He came back to the sheriff's office on 21st when he was arrested so your honor I mean what is Lee Buchanan supposed to do when he tells what the district we're funny Back on the 19th wasn't he back on the 19th. Yes. He got back at 308 308 excuse me 301 a.m. In the morning, but he doesn't know what he knows that that's undisputed He went to the sheriff's office two days later, and and what is Lee Buchanan supposed to do is he's supposed to think that Maybe we have some questions again is he supposed to think and he did he told him to be back on October 19th And he wasn't that's undisputed that he was not back on October 19th Can I ask a slightly different question so you you focus below and then in your in your briefs And I want to ask your your colleague about this On the magistrate judges finding here on the 19th so the magistrate judge issues a warrant on the 19th And then am I right that he's arrested pursuant to that warrant. Yes, your honor. He's arrested on 21st and The Supreme Court and Messerschmitt and lots of other cases have said that that that's not like a immunity shield necessarily But the exception that it seems to give for that is where it's obvious from the affidavit That probable cause was lacking or I think although they don't talk about it as much if the affidavit was false Right The the rub that I've got here, so so there's a bar, but there are exceptions to it The challenges is all of those cases Messerschmitt in particular Turn on the affidavit, and we don't have the affidavit and so what I can't quite figure out is I Take your argument to be given that we don't have the affidavit Like it cannot pass the Messerschmitt Malloy line because they can't show the affidavit is facially invalid Right. I mean, that's that's sort of the point that you're trying to make. Yes, your honor And and what what does Congress do you know why we don't have the affidavit? That's what I want to ask you and you are in nor I can tell you generally speaking, North Carolina There's no requirement for an affidavit. You could speak under oath to a magistrate That's that that would be my answer. I don't know why an affidavit was not okay. So so when I look at the the Affidavit, the warrant for arrest itself where it says the warrant is issued upon information furnished under oath Your your position is we may not know what information was furnished. Yeah, and and and we're not arguing that I mean Judge Cogburn found there's a disputed issue of fact as to what was told to both Penn Dameron who is a D and the magistrate so we're not arguing Messerschmitt. No, okay And and and to that point there's a if there's a question of fact about that, I assume that Buchanan went and said this gentleman was the required to register and didn't re-register and We want to arrest him and probably nothing more than that Didn't that all them fairly important well, I mean because men's ray is is an essential element of the arrest, isn't it? Yes, yes, it is. It is. It's willful. We're not arguing that that that's not it Absolutely absolutely, but I would point to this again mr. And that I guess when I'm what I'm rubbing with for a minute is like you do make that argument in the context of whether It's clearly established put aside the constitutional violation is that because you got the warrant Right that it's their burden to show that the information provided was facially invalid Right or per Frank's that it was false Right and and I take that they can't they can show neither of those things maybe because there's a lack of that evidence But why does it that factor into the clearly established point right that this isn't a case where they arrested without a warrant? they went to a magistrate they got that decision and Messerschmitt whatever was said measurement tells us that it's it's the best evidence of good faith, right? I'm out of time Okay To answer the question we again. We're not I agree with you. I wish we had an affidavit We don't we're not arguing that we began and told the magistrate or pen dameron This or that the the district court found that there was a consultation for both But found that there was an issue of fact is what was told to the magistrate and to mr. Dameron, but wouldn't that create a question for a resolution in other words? It's critical to know in this case What the basis for the arrest was in other words there needs to be a mens rea there needs to be probable cause and so what Buchanan knew what he told the magistrate and what the The whole process it seems to me You have to talk to Buchanan and find what the facts are don't you well you're I would say this I would say the the the fact that both the DA was consulted Which the court found as a fact that's what he was told I mean if if if he calls up the DA and says this guy was supposed to report he didn't report It's now ten days late and He's a sex Offender and he has to register Can I get a warrant for his arrest? So the attorneys and say sure And again, I would point to the fact given the facts that Buchanan has September 12th his his verification was due. This is September 19th 32 days later. There was reason to believe it was willful Can I can I ask with? Judge Niemeyer's permission If there's a dispute about this fact so the Messerschmitt line and assume that you end up back in the district court That's a that's a factual dispute But that's a factual dispute for the district court to determine right not a jury because this is about whether the law is clearly established Yes, sir, I would agree with that yes, there's a little problem under Johnson You know it's it's a it's a legal question But if the legal question depends on the facts of the case The resolution of it you got an overlap And again, I do think the facts for mens rea and that's the only element at issues mens read Everything else is agreed to the facts are you know 912 it was due No, it's it's more than the mens rea, it's it's a little bit what it's whether the officer had probable cause and that depends on his knowledge and It depends on the scope of the permissions And it just spends on and he can't get the shelter of a warrant if he gave if his information is deficient He didn't know what Frye was saying or they did know this is all unknown, but I'm absolutely sure He assured the magistrate judge it's gave him the facts that he thought were appropriate, but Whether he talked about mens rea or not as a question well, and again the facts of that Buchanan knew Undisputed he knew again September 12th verification was due permission given so I said that he was within the scope of the permission I gave him I'm sorry your what if sergeant Frye said Thurston was acting within the scope of the permission Then I don't think Thurston I don't think that mr. Thurston would have the mens rea to commit that crime Yeah, well we but we don't know that well, but that's not on the record and what what what mr. Thurston does say with with your permission to respond is that Sheriff I never told him that he didn't have to hand the verification for oh, thank you Thank you Mr.. Field You Morning Please support Elliot field for David Thurston's honor to be here. Thank you for hearing our case I mean judge Cogburn got it right I think To be to be Candid some of the problems may be created by his not addressing the factual underpinnings of his Qualified immunity discussion in other words. He sort of got it backwards. He went to the merits of the case when immunity had been raised and has to be decided and Had immunity been addressed Probably the same factual Considerations that he addressed under section 1983 would have been addressed in the flip order And then he could have said well aside from unity there are factual issues on the section 1983 claim we have to go to trial, but I With respect to your client I I mean he's sitting here goes he has permission to go out to a wedding and then all sudden he takes a vacation afterwards and I Don't know what what he was doing there without making clear that that he was going to do that, but another problem your point of view I Mean I You know he denied the motion for summary judgment judge Cogburn. You know in the three claims. I mean I think I mean it Raises the genuine this is an interlocutory appeal That's right Appeal is dependent on immunity and the immunity is but can be decided by us on an interlocutory Basis if it's decided as a matter of law correct collateral if there is if it's dependent on a factual question We don't have jurisdiction That's what our first claim is the motion to dismiss no factual jurisdiction I mean no jurisdiction to hear because it is regarding factual questions judge Judge Combert raised a Number of genuine issues of material fact I think are very relevant in his order on page 17 he says There remains genuine issue of material fact about lieutenant Buchanan knew What he communicated to the district attorney and magistrate judge when he saw it the warrant also on page 15 I'm sorry explain what what the court meant there That I just actually had a little trouble understanding what what that sentence meant in judge Cogburn's order well Like what what do you interpret him the judge to be saying there you can and there's a dispute about That he knew what? Well What he communicated to the district attorney the magistrate judge and what he saw it in the warrant I mean to me that's not exactly me That's what I don't understand there can't be a dispute about what he knew Right it might be a dispute about what he conveyed to the magistrate judge Sure right, but obviously he knew what he conveyed I don't I just I don't I'm just unclear to me what the finding is there and the reason I asked that question what reason why it's important is The the fact that this arrest was done pursuant to a warrant Um judge Cogburn does not address and in your response brief you ignore completely Because when we look at Messerschmidt, and I understand there's a dispute and maybe we can't resolve this here But but it seems to me Messerschmidt sets up a two-step inquiry right one is there a warrant? Right if so, that's the clearest indication of objective reasonableness right for qualified immunity purposes But that's not a per se bar. There's what they said is we have an exception Right and that exception is when the information provided is obviously lacking There's also this Maley versus Briggs Which I cited in my response to summary judgment stage which I know is not in our response brief But this is quoting Messerschmidt is quoting Maley, okay? I mean, it's literally quoting Maley. I mean, that's the thing right there. He's it's malice That's a question of fact also in the brief in the order is under the state law claims Which he also denied their motion for summary judgment for malicious prosecution and false arrest. There's a malice and corruption He says there's a genuine issue of material fact as far as their malice and corruption Which I'm here to say there was malice and corruption in this office Without getting into all the details there I'm saying is is we have established so maybe I'm not articulating this cleanly, but I'm having a little hard time There's a warrant. It's issued by neutral magistrate. We don't know what it was based on Right we don't we don't have that information False information from lieutenant Buchanan his when he went out to the house. He's got this form. He didn't sign it He didn't date it. He didn't put the cell phone and do you know how to own this record? How do we know that that information was conveyed or not conveyed to the magistrate judge What information was conveyed to the magistrate judge by lieutenant Buchanan to get the arrest warrant As I'm standing here, I Don't I don't think that we have that information. That's what I'm saying That's what the judge said there's a question of fact as to what he knew totally fair, right? But here's the here's the problem with that from my perspective I'm just trying to get your view on it because you don't respond to the warrant point right a warrant issues Right and that the fact that the warrant issued under Messerschmitt in Maui is the cleanest indication of objective good faith Right, but there's an exception I'm quoting the language so you can scrunch your face up at me if you want to but I'm literally just quoting from the Supreme Court right and so you not like it. That's fine But it's what the Supreme Court says right and it then says there's an exception, but it's a limited exception is where it's obvious right based on the information given to the magistrate judge That it was lacking any indicia of probable cause I see what you're saying, and then there's nothing there So how do we know it's not so so how do you meet your burden to show? That the information provided to the magistrate judge was so lacking an Indicia of probable cause that you fall within the exception of Messerschmitt and charged him with a law that wasn't in existence The first charge is not even a law and they threatened him with that you're out of state for 30 days How about that? That's not even a law, but you only have to have probable cause for one crime right, but the mens rea He's got we have this long list of facts. You don't know what information was given to the magistrate judge Buchanan communicated with Sheriff Frye they had a communication Frye told Thurston he said He kind of showed me the statue I'll give you one more time, and then and then I'm you can decide not to answer. It's totally fine by me I'm trying so the challenge is there's a general rule that the existence of a warrant is the clearest Indication that the officer acted in good faith because they went to a neutral match There's an exception for that Right where the information provided to the magistrate judge is so lacking in any indicia of probable cause Right, it's facially invalid right The challenge is I don't understand how you have satisfied that exception Because we don't know what information was given to the magistrate You can draw that conclusion It's like circumstantial evidence are there Do you see the person walking across the snow and see or do you see the footprints in the snow you see the footprints in? The snow and what all the footprints do you think so what do the footprints tell you the magistrate judge was told? well, I don't know what he was told, but I know the facts that Buchanan reasonably knew and Judge Coburn sets that out in the order so I think it's just like and can we then assume that that they that Buchanan told the magistrate judge all the facts that he knew I Don't know. I can't figure out what Buchanan might say or not say, but I mean I certainly question his veracity And I think he's a liar So do we have to disagree with the district court that there's a dispute of fact About what Buchanan told the magistrate and told the assistant DA well, I think I'm well If we're gonna rely on the on the warrant Do we need to disagree with the district court that there's a dispute of fact about that do we need to conclude? There is no dispute of fact because you don't have evidence to support your version Therefore it was reasonable to rely on the warrant Given what the district court said that there is a dispute of fact about this Even if we may disagree with that are we allowed to review that? Well if you determine that the jurisdictions before the court as a on a question of law Then I think it's a de novo review Are we allowed to review the district on an interlocutory appeal? Are we allowed to review the district courts conclusion that there is a dispute of fact? I don't think so. I mean, I don't think so and that was the basis for the district courts ruling about The warrant right I think the case laws clear on that that if it's a genuine dispute of material fact That's in the district courts purview and he did it excellent I thought the order was very not just saying I mean for the plaintiff. It's a great order I think it's a solid order judge Cogburn's excellent jurist and judge and I mean there's this genuine issue He says plainly here and that's probably the worst genuine issue of material fact to lead with But it says the first one is like genuine issue of material effect as to whether the authorities lacked probable cause to arrest and charge Thurston and the court holds that Thurston section 1983 claim must survive and then there's another one. It's very important I just get the bottom of page 419 I'm sure y'all seen it Thurston has raised genuine issue of fact material fact on summary judgment as to whether Defendants violated mr. Thurston's Fourth Amendment rights. I mean, I think the judge went to extremes To state the genuine issues raised in the beginning is that whether what judge or what lieutenant Buchanan knew right is relevant now Buchanan did not have knowledge of probable cause Then he could not have communicated to the magistrate judge Probable cause Unless he made it up because it depends on what he knew at the time and Communicated and that depends a little bit on what he and Frye talked about And that's not totally clear either. But I Mean, that's absolute absolutely correct And I mean that Mallory case that I cited that cited the Messerschmitt just to say it says I mean just a quote from that if I may but beg the court's indulgent indulgence, excuse me for studying nervous Whether a reasonable well-trained officer in petitioner's position would have known that his affidavit Failed to establish probable cause and that he should not have applied for the warrant I just think it's a miscarriage of justice what he did in applying for that questions that Judge Richardson opposing to you and that judge rushing followed up on our questions of what facts support The exception the Messerschmitt exception Or are you just assuming that because we don't know there's a factual question I think the question then comes is is how Complete is this record and was the district court? Do we review the district courts? Finding of factual disputes on a summary judgment. I don't think I don't know if we have jurisdiction to review that issue At this stage when you deny summary judgment, but I Mean I think it's clear in the record but the the difficulty that I understand and that's a little different from my colleagues questions is the district court seemed to address everything under section 1983 on the merits and Sort of added its qualified immunity analysis after the fact And Didn't didn't go down the criteria which is clearly established and what the criteria were and but if you Look at the facts the disputed facts under section 1983 that the district court found It seems to me they overlap with the immunity question Yeah, it's all interrelated and interlocked that I mean I don't know that I don't see the problem with doing the analysis in the order He did myself. I mean I didn't know if you do the immunity first. It's a defense right the bar It's a bar the problem is you're not subject to any kind of litigation if you're immune not discovery summary judgment or anything else and so when an officer raises immunity the court ought to address it and Spare him the trial all aspects of the trial and the appeal is an order to protect that in other words if he's immune We don't subject him to the trial to the evidence to discovery and all the other business I know that's the reason why we address these early sure of course, and that's why we're here today. You just said The court got it wrong. I've got it right and dressing it after the facts Well, I think in this I do think the court got it right below and addressing it in the order He did I mean, I think that he I mean I do I think that he did We're here today on a narrow issue is summary judgment is an interlocutory order It's not a final order to begin with we're here on the collateral order rule and We want to make sure it's fair to these people involved that they are not Qualifiedly immune, but they have to in this case have lacked the problem arguable probable cause And then also that law has to be clearly established Which they spend a lot of time in their brief talking about that whether the law is clearly established right? But I think that's very plain. It's probable cause as judge judge Convert addresses that very succinctly and and also His statement is it's clearly established and he cites to to Brown and Taylor which are both Warrantless arrests right so they're both instances where there was no warrant right so there's an arrest Without an arrest warrant right and and the trouble that I'm having on the clearly established piece And I really don't know what to do with it And maybe judge rushing suggestion is that the district court needs to find what information was given to the magistrate judge And in some shape form or fashion, but but those cases don't clearly establish What we have here those are warrantless arrest cases they're not cases in which the Law enforcement officer went to a neutral magistrate gave information and got authorization to act right what you've got to show Is that it was clearly established in in here like getting the warrant that they were you know? unreasonable in getting the warrant I Think it's question of fact genuine issues of material fact there, and that's what we you agree I asked your colleague this who decides what information was given to the magistrate. This is a clearly established question We tend to say that's a question for the district court who who is to determine those facts I mean the district court judge I mean I I Mean I I would think that that's who we've heard who heard the case I mean a couple things. I just want you know the lodestar right. It's a fair warning right fair warning the lodestar rule that Buchanan had fair warning It's not reasonable his that he reasonably knew the law and he had he testified he had many years of experience Right so he knew the law and just the This year they charged him with a law that was not in existence, right? I mean we can't just brush that over they threatened him this man Sitting in the courtroom with his sister with this law over and over hey you got 30 days They this little office they came to his house and said we can come in and see if your toothbrush is wet That's in the record we can come out and check your toothbrush Mr.. Thurston he paid his debt to society in Montana. He paid his debt. He serves his sentence in prison He he he serves his probation post-judgment release. It's clean. He paid his debt He's moved to North Carolina to be with his family part of his debt that he continues to register and comply with the law Like that of course that is part of his debt, right? I mean it you can say one way or the other but like part of his debt includes continued registry agreed And but I mean he did and he got the permission that the text messages in the record expressed permission Judge Coburn relied on that the express he got he went to the DA's office himself Thurston did the DA said talk to the sheriff He talked to the sheriff. He went to Appalachian Law Center. He got information there the warrant was Dismissed for failure to understand technical requirements That's what the DA wrote on the warrant that was got that was they received I mean I can the language is in the order, but it's failure to to observe technical requirement to Misunderstand quote this was the DA wrote misunderstanding with regard on how to How to comply with technical requirements, but you got that right they didn't comply with any legal requirements The warrant is baseless baseless It's malicious Judge Coburn found there's a question of fact is there maliciousness and Under the state law claims maliciousness and corruptness maliciousness or Corruptly in charging and arresting mr. Thurman genuine issue of fact as to whether sheriff Ryan lieutenant Buchanan acted maliciously or corruptly There's a question of fact we need to go to a jury on this Let's put it in front of a jury of 12, but you're talking about the merits now as opposed to the immunity Fair enough, but that was that that was denied that most that part That was one of the orders denied in the case that he denied their motion on the state law claim right there Yeah, I mean, I'm just saying to me mark. I mean that's part of it. I mean he denied three three denials of summary judgment, and we're here on a very narrow question which is I Understand I mean then you know that I mean then that that issue is was denied that much still has the case He's denied summary judgment. It's going to go forward. Whatever the question before us is whether the Officers have immunity you know y'all know better than me So I mean I thank you so much for the time in the argument today, and I appreciate that in the thoughtfulness Thank you so much Mr.. Perrin Thank you When my my colleague talked about The the crime not existing and there being some sort of malice by the sheriff's offices court knows There needs to be probable cause for one charge One charge absolutely didn't exist But we need probable cause for one out of three charges and again probable cause is an objective test. I Don't I know It's not it's not fantastic. It's not great evidence that we harbor an animus towards mr.. Thurston That's what the trial court found, but that is not relevant ask you this yes the if it turns out Maybe there's enough in the record already that Buchanan did not have knowledge to support probable cause And you infer from that therefore the magistrate did not have Information of probable cause Yes, I think you could because the only yeah, I mean I would say nobody of course I mean the what the trial court found is that we don't know what was said, but but to judge Richardson's question to mr. Fielder if you if you agree with that, then you can go back to the state of knowledge of Buchanan at the time he sought the warrant or and arrested the man If his knowledge at that time was that Thurston was trying to comply Would that go to the question of whether there was a sufficient mens rea Yes, I think it would and what here's what I'll point out, and this is in response to judge Richardson's questions earlier to mr. Field well it seems to me if you answered both those questions in that fashion, then if there's a question about whether You can and had sufficient knowledge of a mens rea, and that's a factual question That puts us under the Johnson opinion and Denies us the ability on an interlocutory basis to resolve that and again I'm not and we're not not asking you to reassess the facts, but but here's here's here's what the trial court found Mr.. Thurston his registration was due on the 12th Mr.. Buchanan mr. Fiber worked in a very small office therefore there was some communication there was permission we know that That's what the trial court found your honor army. That's what the trial court found in the opinion was not a finder of fact well Taking a light in in in the white most favorable to mr. Thurston they found that we be kind of knew that permission had been given to mr. Thurston to go to Spokane That's what the trial court found  To judge Richardson's question about mr.. Field answer about about snow Footprints rather the with regard to Messerschmitt joint appendix 383 which is the warrant the dates of offense on 383 are 9 19 16 until October 18 16 and then if you look at joint appendix 392 which the trial court found Was the verification form that mr.. Thurston sent to sheriff rye? those dates and on 918-16 which is the same exact date that the magistrate found in the arrest warrant for the dates of offense So contend logically The the magistrate knew mr. Thurston was supposed to be back on the on at least the 18th according to his visitor registration form and again What do you have it in the hospital In other words before you go arrest somebody for failure to comply with a date you have to have a deliberateness avoidance a mens rea which is clearly Required yes, and he's in the hospital and as soon as he gets out of the hospital he comes and apologizes and registers Would he would that be subject to arrest probably not you know, but that's not what happened You're arguing you can if you didn't if you didn't know he was in the hospital Right you would still have probable cause that he's violated You don't have to know where he is to have probable cause that he was violent right it might be different in this area We've got where we've got facts But if somebody fails to register, and you have no other information other than they failed to register Right we would say you have probable cause to arrest them for that yeah, and it's noteworthy mr. Thurston admitted he quote-unquote let it lie after the text to sheriff I were sure if I did not respond and October 6 when he asked his conversation with we Buchanan. He's still not back in Newland He comes back on the night. I mean we're talking 30, but they did have a conversation and mr. Buchanan Allegedly understood that mr. Thurston was trying to comply and yes, right and what again what mr. Thurston said we Buchanan told him was I'm not getting the the marshals the US marshals after you but again He's not he doesn't come back until the sheriff's office. That's supposed to mean What do you what do you if you were thirst and how would you interpret that you're not going to be arrested? Just get back by the 19th isn't that what that basically says no you're I don't think it is and if you look at what? Mr.. Thurston says trying to say that I'm not going to get the federal marshals after you, but I'm going to arrest you And that's what mr. Thurston says what he says in in this in the record and joint appendix is I was going to be arrested sometime be it on my trip back to North Carolina or in North Carolina And what I would ask is that you reverse the trial court's denial of her motion for summary judgment. Thank you. Thank you We'll come down and Greek Council adjourn court for the day This honorable court stands adjourned until tomorrow morning. God save the United States in this honorable court
judges: Paul V. Niemeyer, Julius N. Richardson, Allison J. Rushing